UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-CV-20436

PEDRO R. DE LA CRUZ,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff,　　　　　　　)
　　　vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
SHOWCASE PROVISIONS, INC.,　　　　　　)
MICHAEL FLORA,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants.　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)

**COMPLAINT UNDER 29 U.S.C.A. § 623 AGE DISCRIMINATION IN EMPLOYMENT**

Plaintiff, PEDRO R. DE LA CRUZ, individually, files this Complaint against Defendants, SHOWCASE PROVISIONS, INC. and MICHAEL FLORA, and alleges:

1. This is an action arising under the Age Discrimination in Employment Act 29 U.S.C.A. § 623 *et seq.*

2. The Defendant SHOWCASE PROVISIONS, INC., is a corporation that regularly transacts business within Dade County. Upon information and belief, the Defendant Corporation was the employer for Plaintiff's respective period of employment ("the relevant time period") within the meaning of the ADEA, 29 U.S.C. Section 630.

3. The individual Defendant MICHAEL FLORA is a corporate officer and/or owner and/or manager of the Defendant Corporation who ran the day-to-day operations of the Corporate Defendant for the relevant time period and was responsible for paying Plaintiff's wages for the relevant time period and controlled Plaintiff's work and schedule and was therefore Plaintiff's employer within the meaning of the ADEA, 29 U.S.C. Section 630.

4. All acts or omissions giving rise to this dispute took place in Dade County.

5. Plaintiff received a right to sue letter from the U.S. Equal Employment Opportunity Commission (EEOC) on November 24, 2015.  *See* Attached Exhibit A.

### COUNT I. AGE DISCRIMINATION UNDER 29 U.S.C.A. § 623 AGE DISCRIMNIATION IN EMPLOYMENT ACT

6. This action arises under the laws of the United States under the Age Discrimination in Employment Act (ADEA), 29 U.S.C.A. § 623 to correct unlawful employment practices on the basis of age and to make whole and provide appropriate relief to Plaintiff.

7. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as this case is brought pursuant to the Age Discrimination in Employment Act (ADEA), 29 U.S.C.A. § 623 (for jurisdictional placement), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. Sections 201, 216(c) and 217.

8. 29 U.S.C.A. § 623(a)(1) *et seq.* states, "

   It shall be unlawful for an employer--

   (1) to fail or refuse to hire or to discharge any individual or otherwise discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age…

9. The Plaintiff was born on May 13, 1956, and is a male who is 60 years of age and in the age group protected by the ADEA.

10. Plaintiff worked for Defendants as a cooler worker from on or about November 12, 1992 through on or about July 28, 2015, when, at age 59, despite his qualifications and the fact that he was performing his job at a level that met his employers' legitimate expectations, he was terminated.

11. Plaintiff was never given written discipline or a plan for performance improvement

throughout his years of employment with Defendants. Plaintiff performed his duties satisfactorily throughout his years of employment with Defendants.

12. In 2015, at the time of his termination, Plaintiff was working for Defendants making $19.37 per hour and working an average of 50 hours per week and he was performing his job at a level that met his employers' legitimate expectations.

13. Under information and belief, following his termination, Plaintiff was replaced by someone of comparable qualifications outside the protected class.

14. Plaintiff's employment was terminated because of his age in violation of the ADEA.

15. The effect of the practices of Defendants as alleged above have been to deprive Plaintiff of equal employment opportunities and otherwise adversely affect his status as an employee because of his age.

16. By their conduct as alleged above, Defendants engaged in unlawful employment practices, in violation of 4(a)(1) of the ADEA, 29 U.S.C. Section 623(a)(1), by imposing terminating Plaintiff from his job because of his age, then 60

17. The unlawful employment practices complained of above were and are willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b). 34. As a result of Defendants' conduct described herein, Plaintiff was deprived of wages and benefits of employment..

Wherefore, Plaintiff requests as all relief allowed by law, double damages and reasonable attorney fees and costs from the Defendants, jointly and severally, grant a permanent injunction enjoining Defendants, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in the conduct described above and any employment practice which discriminates on the basis of age against individuals 40 years of age or older; order

Defendants to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices; grant a judgment requiring Defendants to pay appropriate back pay and benefits in an amount to be proved at trial, and an equal sum as liquidated damages, and prejudgment interest, to Plaintiff, order Defendants to make whole Plaintiff who was affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including, but not limited to, rightful place reinstatement with all attendant rights and benefits, and/or front pay; and grant such further relief as the Court deems necessary and proper under the circumstances. *The Plaintiff requests a trial by jury.*

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
  Fax: (305) 865-7167

By:__/s/ J.H. Zidell_____
    J.H. Zidell, Esq.
Florida Bar Number: 0010121